# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## JUDGMENT RENDERED MAY 31, 2024

---

### NO. 03-23-00430-CV

**yDrink LLC, Appellant**

**v.**

**Soltero Sapire Murrell PLLC, Appellee**

---

**APPEAL FROM THE 419TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE BYRNE, JUSTICES SMITH AND THEOFANIS
AFFIRMED -- OPINION BY JUSTICE THEOFANIS**

---

This is an appeal from the judgment signed by the trial court on June 29, 2023. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment. Therefore, the Court affirms the trial court's judgment. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.